# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROSAICELA PLASIDA CONCHAS,<br><br>Defendant. | CR-25-47-BLG-WWM<br><br>ORDER GRANTING LEAVE TO FILE DEFENDANT'S EXHIBITS UNDER SEAL IN SUPPORT OF MOTION TO SUPPRESS |

Upon the Unopposed Motion to For Leave to File Defendant's Exhibits Under Seal in Support of Motion to Suppress (Doc. 33) filed by Defendant and for good cause appearing,

**IT IS HEREBY ORDERED** that Defendant's motion is **GRANTED** and shall be filed with the Court no later than the 12th day of December, 2025.

The Clerk of Court is direct to notify the parties of the making of this order.

DATED this 11th day of December, 2025.

WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE