# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROSAICELA PLASIDA CONCHAS,<br><br>Defendant. | CR 25-47-BLG-WWM<br><br>ORDER GRANTING LEAVE TO FILE UNITED STATES' EXHIBIT UNDER SEAL IN RESPONSE TO MOTION TO SUPPRESS |

Upon the Unopposed Motion to For Leave to File United States' Exhibits Under Seal in Response to Motion to Suppress (Doc. 37) filed by the government and for good cause appearing,

**IT IS HEREBY ORDERED** that the government's motion is **GRANTED** and shall be filed with the Court no later than the 17th day of December, 2025.

The Clerk of Court is direct to notify the parties of the making of this order.

DATED this 16th day of December, 2025.

_____
WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE