# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROSAICELA PLASIDA CONCHAS,<br><br>Defendant. | CR 25-47-BLG-WWM<br><br>ORDER TO EXTEND EXPERT WITNESS DISCLOSURE DEADLINE |

Upon review of United States of America's Unopposed Motion to Extend Expert Witness Disclosure Deadline (Doc. 47) and for good cause appearing,

**IT IS HEREBY ORDERED** that the United States' Motion (Doc. 47) is **GRANTED** and that the deadline to disclose expert witnesses will be extended to the 13th day of February, 2026.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 9th day of February, 2026.

_____
WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE

1