# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROSAICELA PLASIDA CONCHAS,<br><br>Defendant. | CR 25-47-BLG-WWM<br><br>ORDER DISMISSING<br>FORFEITURE ALLEGATION |

Before the Court is the United States' Unopposed Motion to Dismiss Forfeiture Allegation (Doc. 62). For good cause appearing,

**IT IS HEREBY ORDERED** that the United States' Unopposed Motion to Dismiss Forfeiture Allegation (Doc. 62) is **GRANTED**. The forfeiture allegation in the indictment (Doc. 2) is hereby **DISMISSED**.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 19th day of March, 2026.

WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE